# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                           §
                                                 §
ROMANYSHYN, VIKTOR                               §      Case No. 10-29893
SISSO, SVETLANA                                  §
                                                 §
                     Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                        $

                     Funds were disbursed in the following amounts:

                     Payments made under an interim
                     disbursement
                     Administrative expenses
                     Bank service fees
                     Other payments to creditors
                     Non-estate funds paid to 3rd Parties
                     Exemptions paid to the debtor
                     Other payments to the debtor

                     Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $             , for a total compensation of $           [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Robert B. Katz_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:     1

Exhibit A

| Case No: | 10-29893 | PS | Judge: SUSAN PIERSON SONDERBY |
|---|---|---|---|
| Case Name: | ROMANYSHYN, VIKTOR | | |
| | SISSO, SVETLANA | | |
| For Period Ending: | 12/31/11 | | |

Trustee Name:     Robert B. Katz
Date Filed (f) or Converted (c):   07/02/10 (f)
341(a) Meeting Date:   09/02/10
Claims Bar Date:   12/08/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 2. Personal checking account at Harris Bank | 125.00 | 0.00 | | 0.00 | FA |
| 3. Personal checking account at US Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4. Personal checking account at US Bank | 5.00 | 0.00 | | 0.00 | FA |
| 5. Personal checking account at US Bank | 10.00 | 0.00 | | 0.00 | FA |
| 6. Business checking account at US Bank for Rom Enter | 300.00 | 0.00 | | 0.00 | FA |
| 7. General and ordinary household goods and furnishin | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Ordinary wearing apparel | 550.00 | 0.00 | | 0.00 | FA |
| 9. General jewelry (wedding bands, earrings, braclet, | 1,250.00 | 0.00 | | 0.00 | FA |
| 10. 100% shareholder of ROM Enterprises, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 11. Personal injury claim Atty: James Wolf of Wolfe & | 0.00 | 50,000.00 | | 80,000.00 | FA |
| 12. 2006 Nissan Altima with aprox. 50,000 miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 13. 2002 Lexus with aprox. 90,000 miles | 7,500.00 | 0.00 | | 0.00 | FA |
| 14. 2007 Toyota with aprox. 55,000 miles | 15,000.00 | 0.00 | | 0.00 | FA |
| 15. 1999 Audi with aprox. 120,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $39,890.00     $50,000.00     $80,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee awaits bank clearance of checks for payments to debtor and special counsel.  Trustee will then file a TFR.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/12

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-29893  -PS | |
| Case Name: | ROMANYSHYN, VIKTOR | |
| | SISSO, SVETLANA | |
| Taxpayer ID No: | *******6531 | |
| For Period Ending: | 12/31/11 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2350  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/11 | 11 | Grange Insurance Companies P.O. Box 1218 Columbus, Ohio 43216-1218 | Per Ct. Order 08/02/11 | 1142-000 | 55,000.00 | | 55,000.00 |
| 09/20/11 | 11 | Grange insurance Companies P.O. Box 1218 Columbus, OH 43216-1218 | Per Ct. Order 08/02/11 | 1142-000 | 25,000.00 | | 80,000.00 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 101.92 | 79,898.08 |
| 11/04/11 | 000101 | VIKTOR ROMANYSHYN 1229 E. PRAIRIE BROOK DR., APT. A2 PALATINE, IL  60074 | Per court order 08/02/11 | 8100-002 | | 15,000.00 | 64,898.08 |
| 11/04/11 | 000102 | SVETLANA SISSO 1229 E. PRAIRIE BROOK DR., APT. A2 PALATINE, IL  60074 | Per court order 8/2/11. | 8100-002 | | 15,000.00 | 49,898.08 |
| 11/04/11 | 000103 | Wolfe & Tennant 33 N. Dearborn Suite 800 Chicago, IL 60602 | Per court order 8/2/11. | | | 28,573.50 | 21,324.58 |
| | | | Fees          26,666.66 | 3210-000 | | | |
| | | | Expenses    1,906.84 | 3220-000 | | | |

| | Page Subtotals | 80,000.00 | 58,675.42 |
|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

Ver: 16.05b

Page:   2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-29893  -PS | |
| Case Name: | ROMANYSHYN, VIKTOR | |
| | SISSO, SVETLANA | |
| Taxpayer ID No: | *******6531 | |
| For Period Ending: | 12/31/11 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2350  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 80,000.00 | 58,675.42 | 21,324.58 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 80,000.00 | 58,675.42 | |
| | | | Less:  Payments to Debtors | | | 30,000.00 | |
| | | | Net | | 80,000.00 | 28,675.42 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account (Non-Interest Earn - *******2350 | | 80,000.00 | 28,675.42 | 21,324.58 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 80,000.00 | 28,675.42 | 21,324.58 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| | /s/    Robert B. Katz | |
| Trustee's Signature: | _____ | Date: 01/31/12 |
| | ROBERT B. KATZ | |

Page Subtotals          0.00          0.00

Ver: 16.05b

LFORM24

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 31, 2012 |

Case Number:   10-29893                                   Claim Class Sequence
Debtor Name:   ROMANYSHYN, VIKTOR

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | David R. Brown<br>Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $2,507.50 | $0.00 | $2,507.50 |
| 000001 070 7100-00 | American Infosource Lp As Agent for World Financial Network National Bank As<br>Ann Taylor<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $2,005.15 | $0.00 | $2,005.15 |
| 000002 070 7100-00 | American Infosource Lp As Agent for World Financial Network National Bank As<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $1,690.34 | $0.00 | $1,690.34 |
| 000003 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $14,904.19 | $0.00 | $14,904.19 |
| 000004 070 7100-00 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $12,885.21 | $0.00 | $12,885.21 |
| 000005 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $791.01 | $0.00 | $791.01 |
| 000006 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $320.85 | $0.00 | $320.85 |
| 000007 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $4,839.00 | $0.00 | $4,839.00 |
| 000008 070 7100-00 | U.S. Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Unsecured<br>(8-1) credit card | | $13,791.39 | $0.00 | $13,791.39 |
| 000009 070 7100-00 | U.S. Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Unsecured<br>(9-1) credit card | | $8,003.06 | $0.00 | $8,003.06 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 31, 2012

Case Number:   10-29893
Debtor Name:   ROMANYSHYN, VIKTOR

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010<br>070<br>7100-00 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured<br>(10-1) line of credit | | $2,876.42 | $0.00 | $2,876.42 |
| 000011<br>070<br>7100-00 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured<br>(11-1) line of credit | | $3,782.47 | $0.00 | $3,782.47 |
| 000012<br>070<br>7100-00 | Cavalry Portfolio Serv<br>7 Skyline Dr Ste 3<br>Hawthorne, NY 10532 | Unsecured<br>(12-1) Cavalry Portfolio Services<br>LLC as assignee of Bank of America/FIA Card Services NA | | $2,353.13 | $0.00 | $2,353.13 |
| | Case Totals: | | | $70,749.72 | $0.00 | $70,749.72 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-29893
Case Name: ROMANYSHYN, VIKTOR
           SISSO, SVETLANA
Trustee Name: Robert B. Katz

Balance on hand                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ | $ | $ |
| Attorney for Trustee Fees: David R. Brown | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be            percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for<br>World Financial Network National Bank As Ann Taylor<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ | $ | $ |
| 000002 | American Infosource Lp As Agent for<br>World Financial Network National Bank As Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ | $ | $ |
| 000003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000004 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000008 | U.S. Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | $ | $ | $ |
| 000009 | U.S. Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | $ | $ | $ |
| 000010 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ | $ | $ |
| 000011 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ | $ | $ |
| 000012 | Cavalry Portfolio Serv<br>7 Skyline Dr Ste 3<br>Hawthorne, NY 10532 | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE