UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ROMANYSHYN, VIKTOR § Case No. 10-29893
SISSO, SVETLANA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          U.S. Bankruptcy Court
          DIrksen Federal Building
          219 S. Dearborn St.
          Room 713
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/01/2012 in Courtroom 642,
          United States Courthouse
          219 S. Dearborn St.
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____


*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ROMANYSHYN, VIKTOR § Case No. 10-29893
SISSO, SVETLANA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 80,000.00 |
| and approved disbursements of | $ | 58,694.24 |
| leaving a balance on hand of[1] | $ | 21,305.76 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Attorney for Trustee Fees: David R. Brown | $ 2,507.50 | $ 0.00 | $ 2,507.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 8,257.50 |
| Remaining Balance | $ 13,048.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,242.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for | $ 2,005.15 | $ 0.00 | $ 383.39 |
| 000002 | American Infosource Lp As Agent for | $ 1,690.34 | $ 0.00 | $ 323.20 |
| 000003 | Discover Bank | $ 14,904.19 | $ 0.00 | $ 2,849.76 |
| 000004 | American InfoSource LP as agent for Citibank N.A. | $ 12,885.21 | $ 0.00 | $ 2,463.72 |
| 000005 | Chase Bank USA, N.A. | $ 791.01 | $ 0.00 | $ 151.25 |
| 000006 | Chase Bank USA, N.A. | $ 320.85 | $ 0.00 | $ 61.35 |
| 000007 | Chase Bank USA, N.A. | $ 4,839.00 | $ 0.00 | $ 925.24 |
| 000008 | U.S. Bank N.A. | $ 13,791.39 | $ 0.00 | $ 2,636.98 |
| 000009 | U.S. Bank N.A. | $ 8,003.06 | $ 0.00 | $ 1,530.23 |
| 000010 | US Bank N.A. | $ 2,876.42 | $ 0.00 | $ 549.99 |
| 000011 | US Bank N.A. | $ 3,782.47 | $ 0.00 | $ 723.22 |
| 000012 | Cavalry Portfolio Serv | $ 2,353.13 | $ 0.00 | $ 449.93 |

Total to be paid to timely general unsecured creditors    $    13,048.26

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-29893-SPS
Viktor Romanyshyn                                                   Chapter 7
Svetlana Sisso
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 3           Date Rcvd: Mar 29, 2012
                              Form ID: pdf006            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2012.
```
db/jdb     +Viktor Romanyshyn,   Svetlana Sisso,   1229 E. Prairie Brook Dr., Apt. A2,
             Palatine, IL 60074-3154
15803434   +ABM Allocated Buisness Managment,   PO Box 893,   Mundelein, IL 60060-0893
15803435   +Allgate Financial Llc,   707 Skokie Blvd Ste 375,   Northbrook, IL 60062-2882
15803436   +American Collections E,   205 S Whiting St Ste 500,   Alexandria, VA 22304-3632
15803438  ++++CAVALRY PORTFOLIO SERV,   7 SKYLINE DR STE 350,   HAWTHORNE NY 10532-2162
             (address filed with court: Cavalry Portfolio Serv,   7 Skyline Dr Ste 3,   Hawthorne, NY 10532)
15803440   ++CHASE CARD SERVICES, 201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: Chase,   Po Box 1093,   Northridge, CA 91328)
15803439   +Cbe Group,   131 Tower Park Dri Po Box 900,   Waterloo, IA 50704-0900
15803441   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16152417    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15803444   +Chase-Cha,   Po Box 7090,   Mesa, AZ 85216-7090
15803445   +Chase/Cc,   Po Box 15298,   Wilmington, DE 19850-5298
15803446   +Cithc/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
15803447   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15803448   +Dependon Collection Se,   Po Box 4833,   Oak Brook, IL 60522-4833
15803451    Galyna Belelyuk,   419 Burnice Circle,   Schaumburg, IL
15803452   +Harris N A,   Po Box 94034,   Palatine, IL 60094-4034
15803453   +Litton Loan Servicing,   4828 Loop Central Dr,   Houston, TX 77081-2166
15803454   +Long Grove Dental Studio,   c/o ABM Allocated Business Managmen,   Po Box 893,
             Mundelein, IL 60060-0893
15803456   +Main Street Acquisiton,   3950 Johns Creek Ct Ste,   Suwanee, GA 30024-1296
15803457   +Michael D. Fine, Esq.,   131 South Dearborn St., 5th Floor,   Chicago, IL 60603-5571
15803461   +Nissan Motor Acceptanc,   Po Box 660360,   Dallas, TX 75266-0360
15803463   +Pierce & Associates, PC,   1 North Dearnborn Street, Ste. 1300,   Chicago, IL 60602-4373
15803464   +Rbs Citizens Na,   1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
15803465   +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
15803466   +Toyota Motor Credit,   1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959
16229064   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,
             Cincinnati, OH 45201-5229)
15803471   +Visdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
15803472   +Wfnnb/Ann Taylor,   Po Box 182273,   Columbus, OH 43218-2273
15803473   +Wfnnb/Victorias Secret,   Po Box 182128,   Columbus, OH 43218-2128
15803474   +William Reserve Apts.,   1229 E. Prarie Brook Drive,   Palatine, IL 60074-9361
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17542543    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2012 02:05:35
             American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
             Oklahoma City, OK  73124-8840
16110487    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2012 02:05:35
             American Infosource Lp As Agent for,   World Financial Network National Bank As,   Ann Taylor,
             PO Box 248872,   Oklahoma City, OK  73124-8872
16136733    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2012 02:05:35
             American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
             Oklahoma City, OK  73124-8840
16110510    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2012 02:05:35
             American Infosource Lp As Agent for,   World Financial Network National Bank As,
             Victoria's Secret,   PO Box 248872,   Oklahoma City, OK  73124-8872
15803437   +E-mail/Text: cms-bk@cms-collect.com Mar 30 2012 00:52:51      Capital Management Services, Inc.,
             726 Exchange Street, Ste. 700,   Buffalo, NY 14210-1464
16121117    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 30 2012 03:04:25      Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15803449   +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 30 2012 03:04:25      Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
15803450   +E-mail/Text: BKNOTICES@EAFLLC.COM Mar 30 2012 00:51:55      Equable Ascent Financi,
             1120 W Lake Cook Rd Ste,   Buffalo Grove, IL 60089-1970
15803455   +E-mail/Text: resurgentbknotifications@resurgent.com Mar 30 2012 00:06:15      Lvnv Funding Llc,
             Po Box 740281,   Houston, TX 77274-0281
15803458   +E-mail/Text: brenden.magnino@mcmcg.com Mar 30 2012 00:20:32      Midland Credit Mgmt,
             8875 Aero Dr,   San Diego, CA 92123-2255
15803460   +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 30 2012 02:24:10      Nco Fin/22,
             507 Prudential Rd,   Horsham, PA 19044-2308
15803462   +E-mail/Text: bnc@nordstrom.com Mar 30 2012 00:19:38      Nordstrom Fsb,   Po Box 6555,
             Englewood, CO 80155-6555
                                                                                              TOTAL: 12
```

```
District/off: 0752-1          User: bchavez              Page 2 of 3            Date Rcvd: Mar 29, 2012
                              Form ID: pdf006            Total Noticed: 42

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15803442*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15803443*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15803459*    +Midland Credit Mgmt,    8875 Aero Dr,    San Diego, CA 92123-2255
16239783*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
15803467*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201)
15803468*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201)
15803469*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
15803470*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
                                                                                  TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2012**                      **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 3 of 3            Date Rcvd: Mar 29, 2012
                              Form ID: pdf006            Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2012 at the address(es) listed below:
          Alexey Y Kaplan   on behalf of Debtor Viktor Romanyshyn alex@alexkaplanlegal.com
          David R Brown    on behalf of Trustee Robert Katz dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          James H Wolf     on behalf of Trustee Robert Katz jhwolf@wolfandtennant.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert B Katz    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
                                                                       TOTAL: 5