# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
ROMANYSHYN, VIKTOR § Case No. 10-29893
SISSO, SVETLANA §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz, Trustee _____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VIKTOR ROMANYSHYN |  |  |  |
| SVETLANA SISSO |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Harris N A Po Box 94034 Palatine, IL 60094 |  |  |  |  |  |
|  | Nissan Motor Acceptanc Po Box 660360 Dallas, TX 75266 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BANK OF AMERICA | | | | | |
| DAVID BROWN | | | | | |
| WOLFE & TENNANT | | | | | |
| WOLFE & TENNANT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Galyna Belelyuk 419 Burnice Circle Schaumburg, IL | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allgate Financial Llc 707 Skokie Blvd Ste 375 Northbrook, IL 60062 | | | | | |
| | American Collections E 205 S Whiting St Ste 500 Alexandria, VA 22304 | | | | | |
| | Cavalry Portfolio Serv 7 Skyline Dr Ste 3 Hawthorne, NY 10532 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cbe Group 131 Tower Park Dri Po Box 900 Waterloo, IA 50704 | | | | | |
| | Chase Po Box 1093 Northridge, CA 91328 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase-Cha Po Box 7090 Mesa, AZ 85216 | | | | | |
| | Chase/Cc Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Cithc/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Dependon Collection Se Po Box 4833 Oak Brook, IL 60522 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Equable Ascent Financi 1120 W Lake Cook Rd Ste Buffalo Grove, IL 60089 | | | | | |
| | Litton Loan Servicing 4828 Loop Central Dr Houston, TX 77081 | | | | | |
| | Long Grove Dental Studio c/o ABM Allocated Business Managmen Po Box 893 Mundelein, IL 60060 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Main Street Acquisiton 3950 Johns Creek Ct Ste Suwanee, GA 30024 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nco Fin/22 507 Prudential Rd Horsham, PA 19044 | | | | | |
| | Nordstrom Fsb Po Box 6555 Englewood, CO 80155 | | | | | |
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Us Bank Hogan Loc Po Box 5227 Cincinnati, OH 45201 | | | | | |
| | Us Bank Hogan Loc Po Box 5227 Cincinnati, OH 45201 | | | | | |
| | Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Visdsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Wfnnb/Ann Taylor Po Box 182273 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/Victorias Secret Po Box 182128 Columbus, OH 43218 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000012 | CAVALRY PORTFOLIO SERV | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000008 | U.S. BANK N.A. | | | | | |
| 000009 | U.S. BANK N.A. | | | | | |
| 000010 | US BANK N.A. | | | | | |
| 000011 | US BANK N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-29893 | PS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | ROMANYSHYN, VIKTOR | | | Date Filed (f) or Converted (c): | 07/02/10 (f) |
| | SISSO, SVETLANA | | | 341(a) Meeting Date: | 09/02/10 |
| For Period Ending: | 03/31/13 | | | Claims Bar Date: | 12/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 2. Personal checking account at Harris Bank | 125.00 | 0.00 | | 0.00 | FA |
| 3. Personal checking account at US Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4. Personal checking account at US Bank | 5.00 | 0.00 | | 0.00 | FA |
| 5. Personal checking account at US Bank | 10.00 | 0.00 | | 0.00 | FA |
| 6. Business checking account at US Bank for Rom Enter | 300.00 | 0.00 | | 0.00 | FA |
| 7. General and ordinary household goods and furnishin | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Ordinary wearing apparel | 550.00 | 0.00 | | 0.00 | FA |
| 9. General jewelry (wedding bands, earrings, braclet, | 1,250.00 | 0.00 | | 0.00 | FA |
| 10. 100% shareholder of ROM Enterprises, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 11. Personal injury claim Atty: James Wolf of Wolfe & | 0.00 | 50,000.00 | | 80,000.00 | FA |
| 12. 2006 Nissan Altima with aprox. 50,000 miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 13. 2002 Lexus with aprox. 90,000 miles | 7,500.00 | 0.00 | | 0.00 | FA |
| 14. 2007 Toyota with aprox. 55,000 miles | 15,000.00 | 0.00 | | 0.00 | FA |
| 15. 1999 Audi with aprox. 120,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $39,890.00 | $50,000.00 | | $80,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report was approved and funds were disbursed. Checks have cleared the bank. Trustee will file a final account.

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-29893    PS    Judge: SUSAN PIERSON SONDERBY | Trustee Name:    Robert B. Katz, Trustee |
| Case Name: | ROMANYSHYN, VIKTOR | Date Filed (f) or Converted (c):    07/02/10 (f) |
| | SISSO, SVETLANA | 341(a) Meeting Date:    09/02/10 |
| | | Claims Bar Date:    12/08/10 |

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/12

FORM 2 Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| | |
|---|---|
| Case No: | 10-29893 -PS |
| Case Name: | ROMANYSHYN, VIKTOR |
| | SISSO, SVETLANA |
| Taxpayer ID No: | *******6531 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2350 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/11 | 11 | Grange Insurance Companies P.O. Box 1218 Columbus, Ohio 43216-1218 | Per Ct. Order 08/02/11 | 1142-000 | 55,000.00 | | 55,000.00 |
| 09/20/11 | 11 | Grange insurance Companies P.O. Box 1218 Columbus, OH 43216-1218 | Per Ct. Order 08/02/11 | 1142-000 | 25,000.00 | | 80,000.00 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 101.92 | 79,898.08 |
| 11/04/11 | 000101 | VIKTOR ROMANYSHYN 1229 E. PRAIRIE BROOK DR., APT. A2 PALATINE, IL 60074 | Per court order 08/02/11 | 8100-002 | | 15,000.00 | 64,898.08 |
| 11/04/11 | 000102 | SVETLANA SISSO 1229 E. PRAIRIE BROOK DR., APT. A2 PALATINE, IL 60074 | Per court order 8/2/11. | 8100-002 | | 15,000.00 | 49,898.08 |
| 11/04/11 | 000103 | Wolfe & Tennant 33 N. Dearborn Suite 800 Chicago, IL 60602 | Per court order 8/2/11. | | | 28,573.50 | 21,324.58 |
| | | | Fees 26,666.66 | 3210-000 | | | |
| | | | Expenses 1,906.84 | 3220-000 | | | |
| 02/07/12 | 000104 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 18.82 | 21,305.76 |
| 05/08/12 | 000105 | ROBERT B. KATZ 53 W. Jackson Suite 1320 Chicago, IL 60604 | Chapter 7 Compensation/Fees | 2100-000 | | 5,750.00 | 15,555.76 |
| 05/08/12 | 000106 | David R. Brown Springer, Brown, Covey, Gaertner & Davis | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,507.50 | 13,048.26 |
| | | | Page Subtotals | | 80,000.00 | 66,951.74 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-29893 -PS | | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | ROMANYSHYN, VIKTOR | | Bank Name: | BANK OF AMERICA |
| | SISSO, SVETLANA | | Account Number / CD #: | *******2350 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6531 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/08/12 | 000107 | 400 South County Farm Road Suite 330 Wheaton, IL 60187 American Infosource Lp As Agent for World Financial Network National Bank As Ann Taylor PO Box 248872 Oklahoma City, OK 73124-8872 | Claim 000001, Payment 19.12027% | 7100-000 | | 383.39 | 12,664.87 |
| 05/08/12 | 000108 | American Infosource Lp As Agent for World Financial Network National Bank As Victoria's Secret PO Box 248872 Oklahoma City, OK 73124-8872 | Claim 000002, Payment 19.12041% | 7100-000 | | 323.20 | 12,341.67 |
| 05/08/12 | 000109 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000003, Payment 19.12053% | 7100-000 | | 2,849.76 | 9,491.91 |
| 05/08/12 | 000110 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Claim 000004, Payment 19.12053% | 7100-000 | | 2,463.72 | 7,028.19 |
| 05/08/12 | 000111 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000005, Payment 19.12112% | 7100-000 | | 151.25 | 6,876.94 |
| 05/08/12 | 000112 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000006, Payment 19.12108% | 7100-000 | | 61.35 | 6,815.59 |
| 05/08/12 | 000113 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000007, Payment 19.12048% | 7100-000 | | 925.24 | 5,890.35 |
| 05/08/12 | 000114 | U.S. Bank N.A. | Claim 000008, Payment 19.12048% | 7100-000 | | 2,636.98 | 3,253.37 |

Page Subtotals 0.00 9,794.89

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-29893 -PS | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | ROMANYSHYN, VIKTOR | | Bank Name: | BANK OF AMERICA |
| | SISSO, SVETLANA | | Account Number / CD #: | *******2350  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6531 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201-5229 | (8-1) credit card | | | | |
| 05/08/12 | 000115 | U.S. Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201-5229 | Claim 000009, Payment 19.12056% (9-1) credit card | 7100-000 | | 1,530.23 | 1,723.14 |
| 05/08/12 | 000116 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Claim 000010, Payment 19.12064% (10-1) line of credit | 7100-000 | | 549.99 | 1,173.15 |
| 05/08/12 | 000117 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Claim 000011, Payment 19.12031% (11-1) line of credit | 7100-000 | | 723.22 | 449.93 |
| 05/08/12 | 000118 | Cavalry Portfolio Serv 7 Skyline Dr Ste 3 Hawthorne, NY 10532 | Claim 000012, Payment 19.12049% (12-1) Cavalry Portfolio Services LLC as assignee of Bank of America/FIA Card Services NA | 7100-000 | | 449.93 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 80,000.00 | 80,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 80,000.00 | 80,000.00 | |
| Less: Payments to Debtors | | 30,000.00 | |
| Net | 80,000.00 | 50,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2350 | 80,000.00 | 50,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 80,000.00 | 50,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals         0.00        3,253.37

Ver: 17.01

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-29893 -PS |
| Case Name: | ROMANYSHYN, VIKTOR |
| | SISSO, SVETLANA |
| Taxpayer ID No: | *******6531 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2350 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******2350 | | Transfers) | To Debtors) | On Hand |

Trustee's Signature:  /s/  Robert B. Katz, Trustee     Date: 04/20/13
ROBERT B. KATZ, TRUSTEE

Page Subtotals         0.00         0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*